JEROME R. BOWEN, ESQ.
Nevada Bar No.4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702)240-5191
Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERESA SIVIL,<br><br>    Plaintiff,<br>v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation; TIFFANIE COSPER, an individual, DOES I through X; and ROE CORPORATIONS I through X,<br>    Defendants. | Case No. 20:cv-00244-JAD-EJY |

**STIPULATION AND ORDER EXTENDING THE TIME TO FILE
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
TO DISMISS FOR LACK OF PERSONAL AND
SUBJECT MATTER JURISDICTION AND DEFENDANTS REPLY TO SAME
(First Request)**

    The Parties have stipulated to give Plaintiff a ten (10) day extension of time to file the Opposition to Defendant's Motion to Dismiss for Lack of Personal and Subject Matter Jurisdiction (ECF No. 4) up to and including April 20, 2020, as well as Defendants' Reply accordingly . The reasons supporting this stipulation are as follows: Given the unfortunate circumstances associated with COVID-19, Plaintiff's and Defendants' counsel have invoked limited and remote working conditions for its office. Plaintiff's counsel requires additional time to have meaningful discussions

and file review with Plaintiff as to provide the Court a complete outline of facts and issues. This is the first extension of time requested by the Parties related to this Motion (ECF No. 4).

Dated this 10th day of April, 2020                    Dated this 10th day of April, 2020

 /s/ Jerome R. Bowen, Esq.                             /s/ Lisa J. Zastrow, Esq.
JEROME R. BOWEN, ESQ.                                  Joseph P. Garin, Esq.
Nevada Bar No. 4540                                    Nevada Bar No. 6653
BOWEN LAW OFFICES                                      Lisa J. Zastrow, Esq.
9960 W. Cheyenne Avenue, Suite 250                     Nevada Bar No. 9727
Las Vegas, Nevada 89129                                LIPSON, NEILSON, PC
Attorney for Plantiff                                  9900 Covington Cross Drive, Suite 120
                                                       Las Vegas, Nevada 89144
                                                       *Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 13, 2020

Page 2 of 2