LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com

*Attorneys for Defendants Tiffanie Cosper*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERESA SIVIL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation; TIFFANIE COSPER, an individual, DOES I through X; and ROE CORPORATIONS I through X,<br><br>　　　　　Defendants. | Case No: 2:20-cv-00244-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSOANL AND SUBJECT MATTER JURISDICTION [ECF 16]**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 19 |

　　　Plaintiff TERESA SIVIL, by and through her counsel of record, Jerome R. Bowen, Esq., of BOWEN LAW OFFICES, Defendant COUNTRY MUTUAL INSURANCE COMPANY, by and through its counsel of record, Rebecca L. Mastrangelo, Esq., of the law offices of ROGERS, MASTRANGELO, CARVALHO & MITCHELL, and Defendant TIFFANIE COSPER, by and through her counsel of record, the law offices of LIPSON NEILSON P.C., hereby agree and stipulate that the deadline for Defendant TIFFANIE COSPER to file her Reply in Support of Motion to Dismiss [ECF 16] should be extended one (1) week from May 26, 2020, to June 2, 2020.

*TERESA SIVIL v. COUNTRY MUTUAL INSURANCE COMPANY, et al.*

Case No. 2:20-cv-00244-JAD-EJY

Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is to allow counsel for Defendant TIFFANIE COSPER additional time to review and evaluate the issues raised in Plaintiff's Opposition to Defendant Tiffanie Cosper's Motion to Dismiss for Lack of Personal and Subject Matter Jurisdiction [ECF No. 18]. This is the Parties' first request for an extension, and is made in good faith and not for purpose of delay.

DATED this 27th day of May, 2020.

BOWEN LAW OFFICES

By: */s/ Jerome R. Bowen*
JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
9960 W. Cheyenne Ave., Suite 270
Las Vegas, NV 89129
(702) 240-5191 – Phone
(702) 240-5797 – Fax
twilcox@lvlawfirm.com

*Attorneys for Plaintiff Teresa Sivil*

DATED this 27th day of May, 2020.

LIPSON NEILSON P.C.

By: */s/ Lisa J. Zastrow*
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com

*Attorneys for Defendant Tiffanie Cosper*

## ORDER

Based on the parties' stipulation [ECF No. 19], IT IS HEREBY ORDERED that the deadline for Defendant TIFFANIE COSPER to file her Reply in Support of Motion to Dismiss [ECF No. 16] is extended to June 2, 2020.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 27, 2020