REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
rmastrangelo@rmcmlaw.com
Attorneys for COUNTRY MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERESA SIVIL,<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X,<br><br>          Defendants. | CASE NO. 2:20-cv-00244-JAD-EJY<br><br>STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST) |

Pursuant to LR IA 6-1 and LR II 26-4, the parties request a **sixty (60) day** extension of the close of discovery deadline as set forth below in order to accomplish the depositions of several witnesses to the matter at issue. This stipulation is filed at least 21 days before the earliest deadline sought to be extended, i.e., the close of discovery deadline, and is the parties' first request for an extension of time. In support of this request, the parties inform the Court of the following:

The nature of this action involves a dispute over insurance coverage and allegations of breach of contract, bad faith, unfair trade practices, and declaratory relief.

    (a)    Discovery completed: the parties have exchanged lists of witnesses and relevant documents and have each propounded and responded to written discovery;

    (b)    Remaining discovery: the depositions of the parties (Plaintiff Teresa Sivil and the Fed.R.Civ.P. 30(b)(6) witness for Defendant) as well as independent witnesses

consisting of Melissa Izatt, Sarah Muranaka, and Keith Nordlof.

(c) Reason for discovery not being able to be completed by October 1, 2021 deadline: the parties have been diligent in conducting discovery and the original deadline of October 1, 2021, has not yet passed. However, three of the five depositions needed involve witnesses located outside the State of Nevada. The parties delayed scheduling those depositions due to the COVID 19 pandemic affecting in person depositions and travel. Although there are still pandemic-related difficulties with same, counsel believe that they will be able to proceed using CDC recommended precaustions.

(d) Proposed schedule for completing remaining discovery:

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Expert Disclosures | CLOSED | Unchanged/past |
| Rebuttal Expert Disclosures | CLOSED | Unchanged/past |
| Discovery Cutoff | 10/01/2021 | 12/01/2021 |
| Dispositive Motions | 11/01/2021 | 01/03/2022 |
| Proposed Joint Pretrial Order | 12/01/2021 | 02/01/2022[1] |

/ / /

/ / /

/ / /

---

[1] However, if dispositive motions were to be filed, the deadline for the Proposed Joint Pretrial Order would be deferred until 30 days after the Court rules on the dispositive motions.

This request for an extension of time seeks sixty (60) additional days to accomplish the out of state depositions and is not sought for any improper purpose including delay.

DATED this 9th day of September, 2021.

| ROGERS, MASTRANGELO, CARVALHO & MITCHELL | BOWEN LAW OFFICES |
|---|---|
| /s/ Rebecca Mastrangelo | /s/ Jerome Bowen |
| Rebecca L. Mastrangelo, Esq.<br>Nevada Bar No. 5417<br>700 S. Third Street<br>Las Vegas, Nevada 89101<br>Attorney for Defendant<br>Country Mutual Insurance Company | Jerome Bowen, Esq.<br>Nevada Bar No. 4540<br>9960 W. Cheyenne Avenue, Suite 270<br>Las Vegas, Nevada 89129<br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED this 9th day of September, 2021.

_____
U.S. MAGISTRATE JUDGE

SUBMITTED BY:
ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ Rebecca Mastrangelo
_____
REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
700 S. Third Street
Las Vegas, Nevada 89101
Attorney for Defendant
Country Mutual Insurance Company