JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
JEFFREY W. CHRONISTER, ESQ.
Nevada Bar No. 15194
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 270
Las Vegas, Nevada 89129
(702) 240-5191 ✦ Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFF*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| TERESA SIVIL, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, <br><br> Defendants. | **Case No. 20:CV-00244-JAD-EJY** <br><br> **STIPULATION AND ORDER TO EXTENDING BRIEFING SCHEDULE REGARDING DEFENDANTS MOTION FOR SUMMARY JUDGMENT** <br><br> **( Second Request)** <br> ECF No. 38 |

Plaintiff TERESA SIVIL and Defendant COUNTRY MUTUAL INSURANCE COMPANY stipulate as follows:

1. On February 14, 2022, Country Mutual Insurance Company filed a Motion for Summary Judgment (ECF 34).

2. Plaintiff's opposition to the Motion for Summary Judgment was due March 21, 2022 by extension (ECF 36)

3. Plaintiff's counsel has had two (2) deaths in his family. One of which the funeral took place in Utah. As such, Mr. Bowen was traveling for the same. Furthermore, Plaintiff's counsel needs an additional five (5) days to finalize the opposition.

4. Accordingly, it is hereby requested that the due date for Plaintiff's opposition be extended to March 25, 2022.

DATED this 25th day of March, 2022

**BOWEN LAW OFFICES**

*/s/ Jerome R. Bowen, Esq.*
Jerome R. Bowen, Esq.
Nevada Bar No. 4540
Jeffrey W. Chronister, Esq.
Nevada Bar No. 15194
Attorneys for Plaintiffs

DATED this 25th day of March, 2022

**ROGERS, MASTRANGELO, CARVALHO& MITCHELL**

*/s/ Rebecca L. Mastrangelo, Esq.*
Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 5417
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: April 6, 2022

_____
U.S. DISTRICT JUDGE