JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
JEFFREY W. CHRONISTER, ESQ.
Nevada Bar No. 15194
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 270
Las Vegas, Nevada 89129
(702) 240-5191 ✦ Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFF*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERESA SIVIL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X,<br><br>　　　　Defendants. | Case No. 20:CV-00244-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE REGARDING DEFENDANT COUNTRY MUTUAL INSURANCE COMPANY'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(First Request)**　　ECF No. 54 |

　　　　The Parties have stipulated to give Plaintiff a one (1) week extension of time to file the Opposition to Defendant Country Mutual Insurance Company's Renewed Motion for Partial Summary Judgment (ECF No. 51) in this matter. The reasons supporting this stipulation are as follows: Plaintiff's counsel has been traveling out of town conducting out of state meetings and depositions. The Plaintiff wishes to provide the Court a complete outline of facts and issues.

　　　　The Parties request a one (1) week extension of time, up to and including, October 10, 2022, for Plaintiff to file her Opposition. This is the first extension of time requested by the Parties related to this Motion (ECF No. 51).

IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have up to and including October 10, 2022, to file its Opposition to Defendant Country Mutual Insurance Company's Renewed Motion for Partial Summary Judgment (ECF No. 51).

DATED this 4th day of October, 2022

**BOWEN LAW OFFICES**

*/s/ Jerome R. Bowen, Esq.*
Jerome R. Bowen, Esq.
Nevada Bar No. 4540
Jeffrey W. Chronister, Esq.
Nevada Bar No. 15194
Attorneys for Plaintiffs

DATED this 4th day of October, 2022

**ROGERS, MASTRANGELO, CARVALHO & MITCHELL**

*/s/ Rebecca L. Mastrangelo, Esq.*
Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 5417
Attorney for Defendant

## ORDER

Based on the parties' stipulation **[ECF No. 54],** IT IS SO ORDERED. The parties are cautioned, however, that future stipulations to extend deadlines that have passed before the stipulation is filed must demonstrate both good cause and excusable neglect, and failure to do so will result in rejection of the stipulation.

_____
U.S. DISTRICT JUDGE   10/7/22