```
REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
rmastrangelo@rmcmlaw.com
Attorneys for Country Mutual Insurance Company
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERESA SIVIL,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X,<br><br>        Defendants. | CASE NO. 2:20-cv-00244-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S SECOND CLAIM FOR RELIEF**<br><br>ECF Nos. 51, 45, 56 |

Plaintiff TERESA SIVIL and Defendant COUNTRY MUTUAL INSURANCE COMPANY hereby stipulate and agree that Plaintiff's Second Claim for Relief (Insurance Unfair Trade Practices pursuant to Alaska Statutes Section 21.36.125) as set forth in the Second Amended Complaint on file herein may be dismissed, with prejudice, each party to bear its own fees and costs.

DATED this 1st day of November, 2022.                    DATED this 1st day of November, 2022.

ROGERS, MASTRANGELO, CARVALHO           BOWEN LAW OFFICES
& MITCHELL

/s/ Rebecca L. Mastrangelo                                  /s/ Jerome R. Bowen
_____                              _____
Rebecca L. Mastrangelo, Esq.                              Jerome R. Bowen, Esq.
Nevada Bar No. 5417                                        Nevada Bar No. 4540
700 S. Third Street                                        9960 W. Cheyenne Avenue, Suite 270
Las Vegas, Nevada 89101                                    Las Vegas, Nevada 89129
Attorney for Defendant                                     Attorneys for Plaintiff
Country Mutual Insurance Company                           Teresa Sivil

## ORDER

Based on the parties' stipulation [ECF No. 56] and good cause appearing, IT IS ORDERED that **the plaintiff's second claim for relief (unfair trade practices) is DISMISSED**, and the pending motion for summary judgment on that claim **[ECF Nos. 51, 53] is DENIED** as moot.

_____
U.S. District Judge Jennifer A. Dorsey
November 1, 2022

Submitted by:

ROGERS, MASTRANGELO, CARVALHO
& MITCHELL

/s/ Rebecca L. Mastrangelo
_____
Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 5417
700 S. Third Street
Las Vegas, Nevada 89101
Attorney for Defendant
Country Mutual Insurance Company

2