JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
JEFFREY W. CHRONISTER, ESQ.
Nevada Bar No. 15194
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 270
Las Vegas, Nevada 89129
(702) 240-5191 ✦ Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFF*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERESA SIVIL,<br><br>            Plaintiff,<br><br>v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X,<br><br>            Defendants. | Case No. 2:20-CV-00244-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTENDING BRIEFING SCHEDULE REGARDING DEFENDANT COUNTRY MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS**<br><br>**(First Request)**   ECF No. 60 |

The Parties have stipulated to give Plaintiff a nine (9) day extension of time to file the Opposition to Defendant Country Mutual Insurance Company's Motion to Dismiss (ECF No. 59) in this matter. The reasons supporting this stipulation are as follows: Plaintiff's counsel will be traveling out of town conducting out of state meetings. The Plaintiff wishes to provide the Court a complete outline of facts and issues.

The Parties request a nine (9) day extension of time, up to and including, December 2, 2022, for Plaintiff to file her Opposition. This is the first extension of time requested by the Parties related to this Motion (ECF No. 59).

IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have up to and including December 2, 2022, to file her Opposition to Defendant Country Mutual Insurance Company's Renewed Motion to Dismiss (ECF No. 59).

DATED this 14th day of November, 2022

**BOWEN LAW OFFICES**

/s/ Jerome R. Bowen, Esq.
Jerome R. Bowen, Esq.
Nevada Bar No. 4540
Jeffrey W. Chronister, Esq.
Nevada Bar No. 15194
Attorneys for Plaintiffs

DATED this 14th day of November, 2022

**ROGERS, MASTRANGELO, CARVALHO & MITCHELL**

/s/ Rebecca L. Mastrangelo, Esq.
Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 5417
Attorney for Defendant

**ORDER**

Based on the parties' stipulation [ECF No. 60] and good cause appearing, IT IS SO ORDERED.

Dated this 14th day of November, 2022.

_____
U.S. DISTRICT JUDGE