|   |   |
|---|---|
| 1 | JEROME R. BOWEN, ESQ. |
|   | Nevada Bar No. 4540 |
| 2 | JEFFREY W. CHRONISTER, ESQ. |
|   | Nevada Bar No. 15194 |
| 3 | **BOWEN LAW OFFICES** |
|   | 9960 W. Cheyenne Avenue, Suite 270 |
| 4 | Las Vegas, Nevada 89129 |
|   | (702) 240-5191 ✦ Facsimile: (702) 240-5797 |
| 5 | twilcox@lvlawfirm.com |
|   | *ATTORNEYS FOR PLAINTIFF* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| TERESA SIVIL, | |
|---|---|
| Plaintiff, | **Case No. 2:20-CV-00244-JAD-EJY** |
| v. | |
| COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, | **STIPULATION AND ORDER TO EXTENDING BRIEFING SCHEDULE REGARDING DEFENDANT COUNTRY MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS** |
| Defendants. | **(Second Request)**     ECF No. 62 |

The Parties have stipulated to give Plaintiff an additional two business day (2) day extension of time to file the Opposition to Defendant Country Mutual Insurance Company's Motion to Dismiss (ECF No. 59) in this matter. The reasons supporting this stipulation are as follows: Plaintiff's counsel has been ill and has been out of the office.

The Parties request an additional two (2) business day extension of time, up to and including, December 6, 2022, for Plaintiff to file her Opposition. This is the first extension of time requested by the Parties related to this Motion (ECF No. 59).

/ / /

/ / /

/ / /

IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have up to and including December 6, 2022, to file her Opposition to Defendant Country Mutual Insurance Company's Renewed Motion to Dismiss (ECF No. 59).

DATED this 2nd day of December, 2022

**BOWEN LAW OFFICES**

*/s/ Jerome R. Bowen, Esq.*
Jerome R. Bowen, Esq.
Nevada Bar No. 4540
Jeffrey W. Chronister, Esq.
Nevada Bar No. 15194
Attorneys for Plaintiffs

DATED this 2nd day of December, 2022

**R O G E R S ,   M A S T R A N G E L O , CARVALHO& MITCHELL**

*/s/ Rebecca L. Mastrangelo, Esq.*
Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 5417
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated this 6th day of December, 2022.

_____
U.S. DISTRICT JUDGE

Page 2 of 2